UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                 :

                                                 :        16mc00400

IN RE APPLICATION OF CONSELLIOR  :        ORDER
SAS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        For the reasons stated on the record at the conference on March 15, 2017, Respondent John Demsey is directed to appear for a deposition on March 16, 2017 at the time previously agreed upon by the parties.

Dated: March 15, 2017
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.